[  ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

In re: Keyokie Lashay Ayers                                                        Case No. 19-27963-K
Debtor(s)                                                                                    Chapter 13
_____

CHAPTER 13 PLAN
_____

Address: 1593 Pope St.
         Memphis, TN 38108
Plan Payment: Debtor shall pay $393.00 per every two weeks beginning October 11, 2019, by:
Payroll Deduction: Stepherson's Inc.
         Attn: Payroll
         5150 American WAy
         Memphis, TN 38115

1. THIS PLAN [Rule 3015.1 Notice]:
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]        (  )YES  (X ) NO

**(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provision #7 and #8]    (X)YES ( ) NO**

(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]          (  )YES (X ) NO

2. ADMINISTRATIVE EXPENSES: Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. AUTO INSURANCE: **(X) Not Included in Plan**; Debtor to provide proof of insurance at §341 meeting.

4. DOMESTIC SUPPORT: N/A

5. PRIORITY CLAIMS: N/A

6. HOME MORTGAGE CLAIMS: N/A

7. SECURED CLAIMS: N/A
[Retain lien pursuant to Title 11 section 1325(a)(5)]    Value of Collateral:    Rate of Interest:    Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING: N/A**
**[Retain lien pursuant to Title 11 section 1325(a)]    Value of Collateral:    Rate of Interest:    Monthly Plan Payment:**
**Westlake (protect co-debtor:1301)**            18600.00                 24.99%                  $560.00

9. SECURED DEBTS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL: N/A

**10. SPECIAL CLASS UNSECURED CLAIMS:**
**City Court Clerk: $6091.44**                                                                                                                 **$105.00 monthly**

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM DEBT CLAIMS:**
**U.S. Dept. Of Education: To be paid as General Unsecured Creditor.**

12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON- PURCHASE MONEY SECURITY INTEREST(S) HELD BY

THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):N/A

13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $20,576.98**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIM IS:**
**(X) Trustee to set % to be paid to general unsecured creditors after the passing of the final bar date.**

16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS: N/A

**17. COMPLETION: Plan shall be completed upon payment of the above, approximately 60 months.**

18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF THE PLAN.

19. NON-STANDARD PROVISION: N/A
_____
ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.

/s/ Holly W. Schumpert                                      DATE: October 3, 2019
Debtor's Attorney